IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES P. ROXBURY, | : | CIVIL NO. 1:CV-01-1142 |
|     Plaintiff | : | |
| vs. | : | |
| | : | |
| JAMES B. FREED, his heirs, | : | |
| legatees, executors, | : | |
| administrators and assigns, and | : | |
| JAMES W. FREED, STEVEN F. FREED, | : | |
| NICHOLAS J. FREED, MARY S. FREED | : | |
| GARY M. FREED also known as GARY | : | |
| M. FRIED, CHRISTINA L. WALKER, | : | |
| DOUGLAS L. WOLFE, their heirs, | : | |
| executors, administrators and | : | |
| assigns, and the UNITED STATES | : | |
| OF AMERICA, | : | |
|     Defendants | : | |

MOTION FOR DISMISSAL OF A PARTY DEFENDANT PURSUANT TO F.R.C.P. 41

TO THE HONORABLE SYLVIA H. RAMBO, JUDGE:

    The Motion of Plaintiff James P. Roxbury by and through his attorney, Norman M. Yoffe, Esquire, respectfully represents:

    1.    That the United States of America (USA) is a party Defendant in this case, having been served with a summons and the complaint.

    2.    That Plaintiff desire to drop the USA as a party Defendant.

    3.    That attached hereto as Exhibit "A" is an acquiescence in this motion from the USA.

    WHEREFORE, Plaintiff requests the Court to enter the dismissal pursuant to Rule 41 of the F.R.C.P.

    YOFFE & YOFFE, P.C.

    By _____
    NORMAN M. YOFFE, ESQUIRE
    Attorney for James P. Roxbury
    214 Senate Avenue, Suite 203
    Camp Hill, PA 17011
    (717) 975-1838
    Attorney ID No. 07135

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES P. ROXBURY,<br>    Plaintiff<br>vs.<br><br>JAMES B. FREED, his heirs, legatees, executors, administrators and assigns, and JAMES W. FREED, STEVEN F. FREED, NICHOLAS J. FREED, MARY S. FREED GARY M. FREED also known as GARY M. FRIED, CHRISTINA L. WALKER, DOUGLAS L. WOLFE, their heirs, executors, administrators and assigns, and the UNITED STATES OF AMERICA,<br>    Defendants | CIVIL NO. 1:CV-01-1142 |

### ACQUIESCENCE OF DEFENDANT UNITED STATES OF AMERICA

The undersigned hereby acquiesces in the foregoing Motion of Plaintiff to dismiss said party as a Defendant in this case.

                           MARTIN C. CARLSON
                           United States Attorney

                       By _____
                           D. BRIAN SIMPSON
                           Trial Attorney
                           U.S. Department of Justice
                           P.O. Box 227
                           Ben Franklin Station
                           Washington, D.C. 20044
                           (202) 514-9641

EXHIBIT "A"