IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES P. ROXBURY,<br>　　　　Plaintiff<br>　vs.<br><br>JAMES B. FREED, his heirs,<br>legatees, executors,<br>administrators and assigns, and<br>JAMES W. FREED, STEVEN F. FREED,<br>NICHOLAS J. FREED, MARY S. FREED<br>GARY M. FREED also known as GARY<br>M. FRIED, CHRISTINA L. WALKER,<br>DOUGLAS L. WOLFE, their heirs,<br>executors, administrators and<br>assigns, and the UNITED STATES<br>OF AMERICA,<br>　　　　Defendants | : CIVIL NO. 1:CV-01-1142 |



FILED FEB 28 2002 PER____ HARRISBURG, PA DEPUTY CLERK

ORDER

　　IT IS HEREBY ORDERED THAT Plaintiff's Motion for entry of a dismissal Order pursuant to F.R.C.P. 41 is GRANTED. The Clerk of Court is direction to enter same.

　　　　　　　　　　　　　　　　　　BY THE COURT

2/28/02

　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　　　　　　　J.