ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES P. ROXBURY,          : CIVIL NO. 1:CV-01-1142
                Plaintiff  :
        vs.                :
                           :
JAMES B. FREED, his heirs, :
legatees, executors,       :
administrators and assigns, and :
JAMES W. FREED, STEVEN F. FREED, :
NICHOLAS J. FREED, MARY S. FREED :
GARY M. FREED also known as GARY :
M. FRIED, CHRISTINA L. WALKER,  :
DOUGLAS L. WOLFE, their heirs,  :
executors, administrators and   :
assigns, and the UNITED STATES  :
OF AMERICA,                :
                Defendants  :

FILED
HARRISBURG, PA

MAR 2 6 2002

MARY E. D_____
Per _____

NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)
AS TO DEFENDANT JAMES FREED, HIS HEIRS, LEGATEES,
EXECUTORS, ADMINISTRATORS AND ASSIGNS

      The above named Defendant, having never been served with process

in this case and never having filed an Answer or a Motion for summary

judgment is hereby dismissed as a party.

                        YOFFE & YOFFE, P.C.

Dated: 3/26/02          By_____
                        NORMAN M. YOFFE, ESQUIRE
                        Attorney for James P. Roxbury
                        214 Senate Avenue, Suite 203
                        Camp Hill, PA 17011
                        (717) 975-1838
                        Attorney ID No. 07135

Roxbury\freed\dismissal